**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                          CASE NO. 8:89-CR-4-T-17

AZELL J. MACON
_____/

**ORDER**

      This cause comes before the Court on the defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 880). The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant through his appointed counsel. The Court has received and reviewed the responses (Docket Nos. 886 and 927 and Probation's Retroactive Crack Cocaine Amendment Eligibility Assessment, as amended). The government and probation agree is not eligible for a reduction in sentence based on the amended guidelines and the defendant agrees that there has not been an actual change in the defendant's base offense level. Accordingly, it is.

      **ORDERED** that defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 880) be **denied**.

      **DONE AND ORDERED** in Chambers in Tampa, Florida this 12th day of September, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record